03CV280 mm

(cvmhrg (January 10, 2002)

TOTAL TIME: ___ hours **55** minutes

DEPUTY CLERK **Kolesnikoff**    RPTR/ERO/TAPE **Corriette**

DATE **11/17/03**    START TIME **2:55**    END TIME **3:50**

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____    (if more than 1/2 hour)

**KINSMAN**

vs.

**UNUM**

CIVIL NO. **3:03CV280WWE**

§
§
§
§
§

*Daniel Benjamin*
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

*Helen Kemp*
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

| | | | granted | denied | advisement |
|---|---|---|---|---|---|
| ☑ | #12 | Motion *in LIMINE* | ☐ | ☐ | ☑ |
| ☑ | #14 | Motion *FOR ORDER* | ☐ | ☐ | ☑ |
| ☐ | # | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | # | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | # | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | # | Motion _____ | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion _____ | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion _____ | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion _____ | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion _____ | ☐ | ☐ | ☐ |

☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

| | | filed | docketed |
|---|---|---|---|
| ☐ | _____ | ☐ | ☐ |
| ☐ | _____ | ☐ | ☐ |
| ☐ | _____ | ☐ | ☐ |
| ☐ | _____ | ☐ | ☐ |
| ☐ | _____ | ☐ | ☐ |
| ☐ | _____ | ☐ | ☐ |
| ☐ | _____ | ☐ | ☐ |
| ☐ | _____ | ☐ | ☐ |
| ☐ | _____ | ☐ | ☐ |

☐ _____ Hearing continued until _____ at _____