**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **KINSMAN** | : | **3:03cv280 WWE** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **UNUMPROVIDENT CORPORATION** | : | |
| **and PROVIDENT LIFE AND** | : | |
| **ACCIDENT INSURANCE COMPANY** | : | |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_\_ All purposes including trial upon written request by all parties (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

XXX  A ruling on the following motion which is currently pending (orefm.):

**MOTION TO COMPEL #22**

\_\_\_\_ A settlement conference (orefmisc./cnf):

\_\_\_\_ A scheduling conference (orefmisc/cnf):

\_\_\_\_ Other: A hearing to show cause (orefmisc./misc):

SO ORDERED this 12th day of January, 2004, at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton, Senior U.S.D.J.