UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA KINSMAN | ) | Civil Action No. 303CV280 (WWE) |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | |
| | ) | |
| UNUM PROVIDENT CORPORATION | ) | Dated: February 26, 2004 |
| and | ) | |
| PROVIDENT LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| *Defendants.* | ) | |

## STIPULATION FOR WITHDRAWAL

The parties stipulate and agree that the instant action may be withdrawn without costs, as the parties have reached an amicable resolution of all outstanding issues.

THE PLAINTIFF

By: _____
Daniel A. Benjamin (CT07512)
Benjamin & Gold, P.C.
350 Bedford St., Suite 403
Stamford, Ct. 06901
(203) 425-8500
DAB@BenjaminGold.com

1

THE DEFENDANT

By *Helen M. Kemp*
Helen M. Kemp, Esq. (CT14790)
Robinson & Cole LLP
280 Trumbull St.
Hartford, Ct. 06103
(860) 275-8200
hkemp@rc.com