FILED

2004 MAR -8 P 12: 53

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEBRA KINSMAN | ) | Civil Action No. 303CV280 (WWE) |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | |
| | ) | |
| UNUM PROVIDENT CORPORATION | ) | Dated: February 26, 2004 |
| and | ) | |
| PROVIDENT LIFE AND ACCIDENT | ) | |
| INSURANCE COMPANY | ) | |
| | ) | |
| *Defendants.* | ) | |

APPROVED and SO ORDERED
Warren W. Eginton, S.J. USDJ
Bridgeport, CT 3/16/04

FILED
2004 MAR 16 P 2: 04
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## STIPULATION FOR WITHDRAWAL

The parties stipulate and agree that the instant action may be withdrawn without costs, as the parties have reached an amicable resolution of all outstanding issues.

THE PLAINTIFF

By: _____
Daniel A. Benjamin (CT07512)
Benjamin & Gold, P.C.
350 Bedford St., Suite 403
Stamford, Ct. 06901
(203) 425-8500
DAB@BenjaminGold.com

1